

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shannon Brooks, Appellant

No. 06-24-00031-CV      v.

Centre Station Apartments, LLC, Appellee

Appeal from the 17th District Court of Tarrant County, Texas (Tr. Ct. No. 017-332082-22).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the agreed motion of the parties to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Shannon Brooks, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 7, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk